**No. 09-884. J. B. L., Petitioner v. Texas.**

559 U.S. 1037, 130 S. Ct. 2064, 176 L. Ed. 2d 414, 2010 U.S. LEXIS 2794.

March 29, 2010. Petition for writ of cer-

tiorari to the Court of Appeals of Texas, Eleventh District, denied.